IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–49–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CALLEN JOSEPH BRADFORD, | |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that Lori Thibodeau may appear by video to provide testimony on January 18, 2024, at 1:30 p.m., if she is unable to leave her residence due to snow accumulation. The United States shall coordinate with the Clerk's office to arrange the video appearance.

DATED this 17th day of January, 2024.

_____
Donald W. Molloy, District Judge
United States District Court