IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALLEN JOSEPH BRADFORD,<br><br>Defendant. | CR 23-49–M–DWM<br><br><br><br>ORDER |

United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on February 6, 2024. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended this Court accept Callen Joseph Bradford's guilty plea after Bradford appeared before her pursuant to Federal Rule of Criminal

Procedure 11, and entered his plea of guilty to one count of possession with the intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), as set forth in the Indictment filed against him.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 41), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing, when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Callen Joseph Bradford's motion to change plea (Doc. 32) is GRANTED. Callen Joseph Bradford is adjudged guilty as charged in Count I of the Indictment.

DATED this 21st day of February, 2024.

_____
Donald W. Molloy, District Judge
United States District Court